# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

            Plaintiff,

:

-vs-

CHRISTOPHER M. CAMPBELL,

            Defendant.

:

Case No. 3:03-cr-109

District Judge Walter Herbert Rice
Chief Magistrate Judge Michael R. Merz

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #43), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 3, 2005, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Petitioner's Motion for Reconsideration be denied.

May 18, 2005.

Walter Herbert Rice
United States District Judge